UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Vicki L. Bachmann fka Vicki Nelson

**ORDER**

Debtor.

Chapter 7, Case No. 10-51115
------------------------------

This case is before the court on the motion of U.S. Bank, N. A., pursuant to 11 U.S.C. section 362. Based on the motion and the file,

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, have an interest under mortgage document no. 0712094, property legally described as:

LOTS 21, 22, 23 AND 24, BLOCK 6, AND ALSO THE ADJACENT VACATED ALLEY, CURO'S ADDITION TO JENKINS. TOGETHER WITH THE NORTHEAST 38.50' X 150' OF VACATED 1ST STREET.

The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: November 22, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/22/2010*
Lori Vosejpka, Clerk, by AMM